STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0766 YORK BRIDGE CONCEPTS INC V RI COUNTRY CLUB

Filing Date: 02-09-2007
Case Status: UNASSIGNED

Case Type: CONTRACT DAMAGES
Status Date: 02-09-2007

Plaintiff: YORK BRIDGE CONCEPTS INC
ID: @10888238

Attorney: ALDEN HARRINGTON

Defendant: RHODE ISLAND COUNTRY CLUB
ID: @10888239

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-09-2007 | COMPLAINT FILED | |
| 02-09-2007 | INITIAL FILING FEE | |
| 02-09-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP242868. |
| 02-14-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RHODE ISLAND COUNTRY CLUB |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island