UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

YORK BRIDGE CONCEPTS, INC.
Plaintiff

vs. C.A. 07-076 ML

RHODE ISLAND COUNTRY CLUB
Defendant

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1) plaintiff's Complaint in the above matter may be dismissed with prejudice. No costs.

**YORK BRIDGE CONCEPTS, INC.**
By its attorneys,

Alden C. Harrington, Esq. #1028
Boyajian, Harrington & Richardson
182 Waterman St.
Providence, RI02906
273-9600/273-9605

**RHODE ISLAND COUNTRY CLUB**
By its attorneys,

Brent R. Canning, Esq.
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza
Providence, RI02903
274-2000/277-9600